# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROGER DALE GODWIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CA 21-0486-CG-MU |
| ) | |
| **CHARLES O'NEAL GODWIN,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 27, 2021, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 25th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE